# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| BRANDON CALLIER<br><br>*Plaintiff(s)*<br>v.<br>STUDENT LOAN DOC, a Nevada Corporation, JOSHUA RYAN, ALEXANDER BYKHVOSKY, and ALEX GOLD HOLDINGS, LLC, a Nevada Limited Liability Company, and JOHN DOES 1-4<br>*Defendant(s)* | Civil Action No. EP-20-CV-0265 |

FILED 2021 MAR 22 AM 8:52

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ALEXANDER BYKHVOSKY
150 SOUTH GARDNER STREET
LOS ANGELES, CALIFORNIA 90036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  BRANDON CALLIER
Plaintiff, Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
CALLIER74@GMAIL.COM
915-383-4604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    JEANNETTE J CLACK

Date: 01/04/2021

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| **BRANDON CALLIER** | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. EP-20-cv-0265 |
| **STUDENT LOAN DOC, et. al.** | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Jesinette Bretón., being duly sworn, state

I am not a party to or interested in the outcome of this suit

I received the following documents on February 18, 2021 at 2:27 pm. I served these documents on Alexander Bykhovsky in PR on March 1, 2021 at 10:51 am at 287 Calle Metis, Dorado, PR 00646 by personal service by serving the following documents to an individual identified as Alexander Bykhovsky

Summons
Amended Complaint and Civil Cover Sheet

Additional Description:
I obtained a photograph of Bykhovosky online and went to the address provided. Once in location I realized that the Bykhovosky lives in a private community that has several complexes inside.

At the first gate of the complex, Paseos de Dorado, I identified myself as a process server and the guard granted access. I then went to the second gate of the complex, which is called Paseo del Sol, which is where Calle Metis is located. I identified myself and explained the purpose of the visit to the guard who asked me to confirm the name of the resident, and was then granted access.

Once in Calle Metis I found the correct home. Inside the garage, I observed a person matching the image I had of Bykhvosky exercising on a stationary bike. I proceeded to park my car to go to the house.

I approached the home and Bykhvosky went inside the house. I pressed the doorbell button several times and a woman, who was about 125 pounds, 5'8", blond and had blue eyes, answered the door. The woman did not understand English and very little Spanish. I asked the woman for the Bykhvosky and she kept repeating that he was in the sauna. When I asked again for the Bykhvosky, the woman grabbed the papers out of the my hands and left. Without further information, I filled out my report and left the area without incident.

I noted Bykhvosky drove a Dark Purple Chrome/Metallic BMW 4 Series with license plate JOZ 040, with a bumper sticker which read "Ruso Rico"

White Male, est. age 30, glasses: N, Brown hair, 200 lbs to 220 lbs, 5' 9" to 6'.
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Carolina, Puerto Rico on March 18, 2024.

Jeanette Breton. - (787) 276-5619
Covert Intellengence, LLC
988 Av. Luis Muñoz Rivera,
San Juan, PR 00927