UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § | |
| | § | |
|   Plaintiff, | § | |
| | § | |
| v. | § | EP-20-CV-00265-FM |
| | § | |
| **JOSHUA A. RYAN, JOHN DOES 1–4,** | § | |
| **ALEXANDER BYKHVOSKY, and** | § | |
| **ALEX GOLD HOLDINGS, LLC,** | § | |
| | § | |
|   Defendants. | § | |

## ORDER OF DISMISSAL

Before the court is "Plaintiff's Motion to Dismiss Defendants Joshua Ryan and John Does 1–4 without Prejudice" [ECF No. 21], filed April 15, 2021 by Brandon Callier ("Plaintiff"). Therein, Plaintiff notifies the court that he wishes to voluntarily dismiss all claims against Defendants Joshua A. Ryan and John Does 1–4 without prejudice.[1] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." The record reflects Defendants Joshua A. Ryan and John Does 1–4 have not filed an answer in this case.

Accordingly, it is **HEREBY ORDERED** that all claims against Defendants Joshua A. Ryan and John Does 1–4 are **DISMISSED WITHOUT PREJUDICE.**

**SIGNED AND ENTERED** this **26th** day of **April, 2021.**

_____
 FRANK MONTALVO
 UNITED STATES DISTRICT JUDGE

---

[1] "Plaintiff's Mot. to Dismiss Defs.' Joshua Ryan and John Does 1–4 without Prejudice" 1, ECF No. 21, filed Apr. 15, 2021.

1