RECEIVED

MAY 17 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, | § |
| Plaintiff, | § |
| v. | § |
| ALEXANDER BYKHVOSKY and ALEX GOLD HOLDINGS, LLC | § Case # 3:20-CV-00265-FM |
| Defendants. | § |

## JUDGMENT FOR SUM CERTAIN
## BY DEFAULT

Defendants, ALEXANDER BYKHVOSKY and ALEX GOLD HOLDINGS, LLC were served with the Summons and Complaint in this action on or about March 18, 2021 and the time for defendants to appear, answer or move against the Complaint has expired without an appearance by defendants; accordingly, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, it is hereby

ADJUDGED that the plaintiff, BRANDON CALLIER, recover from the defendant the sum of $31,000.00, the amount claimed plus $0.00, amounting in all to $31,000.00, plus interest on the judgment at the legal rate until the judgment is satisfied, and that the plaintiff have execution therefore.

by: David Trujillo

Jeannette J. Clack
Clerk of Court
United States District Court

JUDGMENT ENTERED THIS 26th DAY OF May, 2021.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION