UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER, | § | |
| Plaintiff, | § § § | |
| v. | § | EP-20-CV-00265-FM |
| ALEXANDER BYKHVOSKY and ALEX GOLD HOLDINGS, LLC., | § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

In accordance with "Judgment for Sum Certain by Default" [ECF No. 28], entered May 26, 2021 by the Clerk of Court, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE.**

2. It is **FURTHER ORDERED** all pending motions, if any, are **DENIED AS MOOT.**

3. It is **FURTHER ORDERED** the Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this _21_ day of **June 2021.**

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

1